588

389 A.2d 204

Commonwealth ex rel. Burkholder v. Sellinger, Appellant.

Submitted December 6, 1977. Peter Burchanowski, and Fine, Eisenbeis, Felix & Burchanowski, for appellant; Robert A. Seiferth, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 204

Commonwealth ex rel. Elwell, Appellant, v. Elwell.

Submitted December 6, 1977. Gilbert I. Yaros, and Krimsky, Luterman, Stein & Levy, for appellant; Richard J. Habgood, and Cadwallader, Darlington & Clarke, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.